

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00128-CR

Rafael **ALFARO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-04-047-CRW
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  April 17, 2013

DISMISSED FOR WANT OF JURISDICTION

Appellant Rafael Alfaro was sentenced on October 24, 2012.  On November 9, 2012, Appellant timely filed a motion for new trial.  *See* TEX. R. APP. P. 21.4(a); *Rodarte v. State*, 860 S.W.2d 108, 109 (Tex. Crim. App. 1993).  Appellant's notice of appeal was due not later than January 22, 2013.  *See* TEX. R. APP. P. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).  Appellant's motion for extension of time to file a notice of appeal was due not later than February 6, 2013.  *See* TEX. R. APP. P. 26.3; *Olivo*, 918 S.W.2d at 522.  The clerk's record

shows Appellant's notice of appeal was filed on February 12, 2013; it does not show a motion for extension of time to file a notice of appeal was timely filed. *See* TEX. R. APP. P. 26.3.

On March 20, 2013, we ordered Appellant to show cause in writing by April 4, 2013, why this appeal should not be dismissed for want of jurisdiction. To date, this court has not received any response to our March 20, 2013 order.

This court lacks jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction."); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988). Accordingly, this appeal is dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH